IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF COURT



PRESIDER:    HON. G. PATRICK MURPHY, U. S. DISTRICT JUDGE

DATE:                          JUNE 16, 2003
TIME:                          2:20 PM - 2:45 PM
COURTROOM DEPUTY:              Linda M. Cook
COURT REPORTER:                Molly Clayton

GARDNER DENVER, INC.,           )
                                )
    Plaintiff(s),              )
                                )
vs.                             )    Case No. 01-755-GPM
                                )
CENTURY INDEMNITY COMPANY,      )
et al.,                         )
                                )
    Defendant(s).              )

Counsel for Plaintiff(s):    Rebecca Jackson, John Jacus, Dean Miller
Counsel for Defendant(s):    Troy Bozarth, Wayne Karbal, Charles Morrissey: Twin City; Pat Shine: Century

PROCEEDING:    ALL PENDING MOTIONS

Counsel for the parties appear. Arguments heard on the motions for summary judgment (Docs. 84,100) filed by the parties, and the motions are taken **UNDER ADVISEMENT.**