IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



# MINUTES OF COURT

PRESIDER:   HON. G. PATRICK MURPHY, U. S. DISTRICT JUDGE

DATE:   SEPTEMBER 22, 2003
TIME:   2:50 PM - 3:35 PM (Recess 3:00 PM - 3:14 PM)
COURTROOM DEPUTY:   Linda M. Cook
COURT REPORTER:   Molly Clayton

---

| | |
|---|---|
| GARDNER DENVER, INC., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 01-755-GPM |
| CENTURY INDEMNITY COMPANY, et al., | ) |
| Defendant(s). | ) |

Counsel for Plaintiff(s):   Rebecca Jackson, John Jacus
Counsel for Defendant(s):   Wayne Karbal, Charles Morrissey, Gordon Broom: Twin City

PROCEEDING:   ALL PENDING MOTIONS

Counsel for the parties appear. Arguments heard on the motions for summary judgment (Docs. 128, 129, 135) filed by the parties, and the court **RESERVES RULING**. The motion for default (Doc. 127) filed by defendant Twin City is **DENIED**.

154