IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARDNER DENVER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 01-755-GPM |
| | ) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY; CENTURY INDEMNITY | ) |
| COMPANY, as Successor to Insurance | ) |
| Company of North America; NATIONAL | ) |
| UNION FIRE INSURANCE COMPANY OF | ) |
| PITTSBURGH, PENNSYLVANIA; and | ) |
| TWIN CITY FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**FILED NOV 03 2003**
G. PATRICK MURPHY
SOUTHERN DISTRICT JUDGE
EAST ST. LOUIS, DISTRICT OF ILLINOIS

## ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on the joint motion of Plaintiff and Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania, (National Union) to dismiss with prejudice Plaintiff's claims against National Union. Having been fully considered by the Court, the motion (Doc. 156) is **GRANTED**, and Defendant National Union **only** is **DISMISSED with prejudice** from this action. Plaintiff and National Union shall bear their own costs and attorneys fees. Moreover, Plaintiff's motion to withdraw its motion for partial summary judgment with respect to National Union (Doc. 91) is **GRANTED**, and that motion is withdrawn as to National Union **only**.

**IT IS SO ORDERED.**

DATED this 03rd day of Nov., 2003.

G. PATRICK MURPHY
Chief United States District Judge

Page 1 of 1