IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARDNER DENVER, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO.  01-755-GPM |
| ) | |
| LIBERTY  MUTUAL  INSURANCE ) | |
| COMPANY;  CENTURY  INDEMNITY ) | |
| COMPANY, as Successor to Insurance ) | |
| Company of North America; NATIONAL ) | |
| UNION FIRE INSURANCE COMPANY OF ) | |
| PITTSBURGH, PENNSYLVANIA; and ) | |
| TWIN  CITY  FIRE  INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on Plaintiff's motions to dismiss, as all claims between all parties in this action have been settled.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed March 3, 2004, this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

DATED:   March 3, 2004

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE